# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CV-16-04596-PHX-SRB (MHB) |
|---|---|
| Plaintiff, | CR-04-00313-2-PHX-SRB |
| v. | **ORDER** |
| John Freeman Hunter, | |
| Defendant/Movant. | |

On March 13, 2017 the Ninth Circuit Court of Appeals granted Movant's application to file a second or successive 28 U.S.C. § 2255 motion and transferred his case to the District Court. On April 24, 2018 the United States filed a Motion to Dismiss in light of *U.S. v Watson*, 881 F.3d 782 (9th Cir. 2018) which held that bank robbery and armed bank robbery were crimes of violence. On June 5, 2018 Movant filed a response to the Motion to Dismiss stating that he did not oppose dismissal in light of *Watson.* Defendant's convictions included two counts of armed bank robbery.

The Magistrate Judge filed the Report and Recommendation on August 15, 2018 recommending that Movant's Motion to Vacate, Set Aside, or Correct Sentence be denied and dismissed with prejudice. In the Report and Recommendation, the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the

Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the Order of this Court.

**IT IS FURTHER ORDERED** denying Movant's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255. Movant's claim is foreclosed by the decision in *Watson.*

**IT IS FURTHER ORDERED** denying a Certificate of Appealability and leave to proceed in forma pauperis on appeal because Movant has not made a substantial showing of the denial of a constitutional right.

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 4th day of September, 2018.

_____
Susan R. Bolton
United States District Judge